1052

[No. 33982-3-III.   Division Three.   January 24, 2017.]

FRIENDS OF NORTH SPOKANE COUNTY PARKS, *Appellant*, v. SPOKANE COUNTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 13-2-00690-6, John O. Cooney, J., entered December 17, 2015. *Reversed* and *remanded with instructions* by unpublished opinion per Pennell, J., concurred in by Lawrence-Berrey, A.C.J., and Siddoway, J.

[No. 32206-8-III.   Division Three.   January 26, 2017.]

*In the Matter of the Guardianship of* JAMES DONALD CUDMORE.

Appeal from a judgment of the Superior Court for Benton County, No. 13-4-00260-9, Cameron Mitchell, J., entered December 27, 2013. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo and Pennell, JJ.

[No. 33574-7-III.   Division Three.   January 26, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANE R. HUGHES, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 14-1-00294-6, Scott R. Sparks, J., entered June 8, 2015. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Pennell, J., concurred in by Fearing, C.J., and Lawrence-Berrey, J.